1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7193
7       nikhil.bhagat@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 13-791 JST |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING TO JULY 14, 2017** |
| ANTOINETE LYNETTE SYBIL BUTLER, ) | |
| Defendant. ) | |

This case is presently set for a hearing on the revocation of Ms. Butler's supervised release on June 30, 2017 at 9:30 a.m. The parties have met and conferred and hereby stipulate to continuing the hearing to July 14, 2017 at 9:30 a.m. The parties request this continuance due to the unavailability of counsel. The parties anticipate that at this hearing, the defendant will be in a position to admit to certain violations of supervised release and the Government will be in a position to dismiss certain allegations in the petition currently pending before the Court. Upon the Court's acceptance of Ms. Butler's admissions, the parties anticipate further setting the matter for a final revocation hearing.

1  Government counsel has contacted Ms. Butler's assigned probation officer, Kristen Coleman,
2  who advises that she does not object to this continuance.

**IT IS SO STIPULATED** this 29th day of June, 2017.

BRIAN J. STRETCH
United States Attorney

_____/s/_____                    _____/s/_____
NIKHIL BHAGAT                                   ADAM G. GASNER
Assistant United States Attorney

*Attorney for the United States*                *Attorney for Antoinete Butler*

### [PROPOSED] ORDER

For good cause shown, the hearing presently set in the above-captioned case for June 30, 2017 at 9:30 a.m. is hereby CONTINUED to July 14, 2017 at 9:30 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 29th day of June, 2017.

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE